UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-143-H

LAURIE WINNER                                                                                                              PLAINTIFF

V.

STATE FARM INSURANCE COMPANIES                                                                   DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiff, Laurie Winner, brought this action initially in Jefferson Circuit Court seeking insurance benefits to replace her roof and for compensatory and punitive damages against State Farm for denial of her claim. Thereafter, State Farm removed this case to federal court on the grounds of diversity jurisdiction and on the grounds that the controversy exceeded $75,000. Plaintiff has now moved to remand on the grounds that the amount in controversy does not exceed $75,000.

This Court has considered these precise circumstances on numerous occasions. Specifically, in *Egan v. Premier Scales and Systems*, 237 F.Supp.2d 774, 776-78 (W.D. Ky. 2002), this Court described how a plaintiff may clarify the amount at issue in order to obtain a remand to state court. Here, Plaintiff merely asserts that the amount at issue is less than $75,000. However, Plaintiff has not made an unequivocal statement or stipulation limiting damages. Absent such a statement, the Court cannot conclude that removal was proper.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is DENIED.

cc:	Counsel of Record